No. WR-81,947-01
writ of certiorari

Abel Acosta
Court Clerk
Court of Criminal Appeals
Supreme Court Bldg.
201 W 14th St. Rm 106
P.O. Box 12308
Austin TX 78711-2308

Stephen Speckman
#1860160
4000 Highway 86 W
Tolra TX ~~290~~ 79088

12-18-2014

Dear Abel Acosta,

    I hope you are doing well. I have a favor to ask of you. On 8-11-14 I sent a writ of certiorari to the Court of Criminal Appeals. It was denied on 9-10-14 without written notice. Would you please forward me a copy of the denial or a letter indicating the date you received it, date of denial and any opinion pertaining to it. The number is WR-81,947-01

Stephen Speckman
#1860160
4000 Highway 86 W
Tolra TX 79088

Thankyou very much,

Stephen Speckman

RECEIVED IN
COURT OF CRIMINAL APPEALS
JAN 05 2015
Abel Acosta, Clerk